**No. 42894.**—Protests 7208–K, etc., of American Merchandise Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) certain of the paperweights were held dutiable at 40 percent under paragraph 339. Paperweights plated with silver were held dutiable at 50 percent under the same paragraph.

**No. 42895.**—Protest 933150–G of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. It was stipulated that the pencil sharpeners in question are similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE SECOND DIVISION, DECEMBER 22, 1939

**No. 42896.**—Protest 349019–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and lace window curtains similar to those the subject of *Billwiller* v. *United States* (T. D. 44911). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42897.**—Protest 197759–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and lace articles like those passed upon in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42898.**—Protest 219941–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and pillow cases embroidered and in part of lace like those passed upon in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544). The claim at 75 percent under paragraph 1430 was therefore sustained.